**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **REALTIME DATA LLC** § § | |
| **Plaintiff** § § | |
| v. § | **CASE NO. 6:17-cv-084-JDL** |
| § | |
| **ECHOSTAR CORPORATION,** § | |
| **HUGHES NETWORK SYSTEMS,** § | |
| **LLC** § § | |
| **Defendants** | |

**AGREED NOTICE OF PROPOSED TECHNICAL ADVISOR**

Pursuant to the Court's Docket Control Order (Dkt. No. 81), the parties jointly submit this filing to notify the Court that the parties propose continuing with David Keyzer as Technical Advisor in this matter. *See Realtime Data LLC v. Actian Corp.*, Case No. 6:15-cv-463, Dkt. No. 298 (E.D. Tex. Apr. 28, 2016) (Agreed Notice proposing David Keyzer); *id.*, at Dkt. No. 299 (Order appointing David Keyzer); *see also id.*, at Dkt. Nos. 435, 439, 447 (severing and consolidating proceedings as to EchoStar/Hughes into the above captioned matter). Mr. Keyzer's curriculum vitae is attached hereto as Exhibit A, and his contact information is as follows:

    David Keyzer
    Law Office of David Keyzer, P.C.
    5170 Golden Foothill Parkway
    El Dorado Hills, CA 95762
    Telephone: (916) 243-5259
    Facsimile: (916) 404-0436

Dated: January 25, 2018

Respectfully submitted,

*/s/* C. Jay Chung
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Paul Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310/826-7474
Facsimile 310/826-6991

T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
Andrea Fair
State Bar No. 24078488
E-mail: Andrea@wsfirm.com
**Ward, Smith & Hill, PLLC**
PO Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Plaintiff*
*Realtime Data LLC d/b/a IXO*


/s/ *J. Wesley Samples* (with permission)

Ruffin B. Cordell
TX Bar No. 04820550
Cordell@fr.com
Timothy W. Riffe

DC Bar No. 482810
Riffe@fr.com
Adam R. Shartzer
DC Bar No. 994420
Shartzer@fr.com
J. Wesley Samples
OR Bar No. 121784
Samples@fr.com
Andrew L. Schrader
CA Bar No. 307964
Schrader@fr.com
FISH & RICHARDSON P.C.
901 15th St., N.W., 7th floor
Washington, DC 20005
PH: 202-783-5070
FX: 202-783-2331

*Attorneys for Defendants EchoStar Corporation and Hughes Network Systems, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the January 25, 2018, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ C. Jay Chung*
C. Jay Chung