# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, | |
| Plaintiff, | Case No. 6:17-cv-00084-JDL |
| v. | |
| ECHOSTAR CORPORATION, HUGHES NETWORK SYSTEMS, LLC, | |
| Defendants. | |

**Stipulation Regarding No Longer Asserted Patents And Resolution of Defendants' Motion to Strike Dr. Wesel and Mr. Dell Expert Reports for Purported Inclusion of Non-Infringing Products (Dkt. No. 170)**

Plaintiff Realtime Data, LLC d/b/a IXO ("Realtime") and Defendants' EchoStar Corporation and Hughes Network Systems, LLC, ("Hughes") hereby stipulate as follows:

1.     Realtime has voluntarily elected not to pursue any previously asserted claims of U.S. Patent Nos. 9,116,908, 7,378,992, 7,415,530, 8,643,513, 8,533,759, 7,358,867, and 8,717,204 at trial in this action.

2.     Hughes has filed a Motion entitled Motion to Strike Dr. Wesel and Mr. Dell's Expert Reports For Inclusion of Non-Infringing Products (Dkt. No. 170) (the "Motion"), which seeks to exclude, among other things, certain damages attached to the '204 Patent.

3.     Whereas, in light of Realtime's election not to pursue the claims of the '204 Patent, Realtime has agreed to serve a supplemental damages expert report as soon possible but in no event later than close of business on October 30, 2018, removing the damages associated with the '204 Patent and the other products mentioned in Hughes' motion.

Accordingly, the Parties HEREBY STIPULATE that the Motion is rendered moot in light of the above, and jointly request that the Court dismiss the Motion.

4.     Nothing in this stipulation shall be construed as a waiver of any right by Hughes. Without limitation Hughes is not waiving any rights pursuant to Fed. R. Civ. P. 11, the doctrine of patent misuse and/or 35 U.S.C. § 285.

Dated: October 24, 2018              Respectfully submitted,

                                     By: /s/ Paul A. Kroeger
                                     Marc A. Fenster (CA SBN 181067)
                                     Email: mfenster@raklaw.com
                                     Brian D. Ledahl (CA SBN 186579)
                                     Email: bledahl@raklaw.com
                                     Reza Mirzaie (CA SBN 246953)
                                     Email: rmirzaie@raklaw.com
                                     Paul Kroeger (CA SBN 229074)
                                     Email: pkroeger@raklaw.com
                                     C. Jay Chung (CA SBN 252794)
                                     Email: jchung@raklaw.com

Christian Conkle (CA SB No. 306374)
Email: cconkle@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310/826-7474
Facsimile 310/826-6991

T. John Ward, Jr. (TX SBN 00794818)
E-mail: jw@wsfirm.com
Claire Abernathy Henry (TX SBN 24053063)
E-mail: claire@wsfirm.com
WARD, SMITH & HILL, PLLC
1127 Judson Road, Suite 220
Longview, Texas 75601
Tele: 903/757-6400
Facsimile 903/757-2323

**Attorneys for Plaintiff**
**REALTIME DATA LLC d/b/a IXO**


*/s/ Timothy W Riffe* (with permission)
Ruffin B. Cordell
TX Bar No. 04820550
Cordell@fr.com
Timothy W. Riffe
DC Bar No. 482810
Riffe@fr.com
Adam R. Shartzer
DC Bar No. 994420
Shartzer@fr.com
J. Wesley Samples
OR Bar No. 121784
Samples@fr.com
Jack R. Wilson
VA Bar No. 91178
JWilson@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., SW
Suite 1000
Washington D.C., 20024
PH: 202-783-5070
FX: 202-783-2331

2

Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH LLP
102 N. College, Suite 800
Tyler, TX 75702
Tel: 903.934.8450
Fax: 903.934.9257
Email:melissa@gillamsmithlaw.com
*Attorneys for Defendants EchoStar Corporation a*
*Hughes Network Systems, LLC*