# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **REALTIME DATA LLC d/b/a IXO,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 6:17-cv-00084** |
| **v.** | |
| **ECHOSTAR CORPORATION and HUGHES NETWORK SYSTEMS, LLC** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Realtime Data LLC and Defendants Echostar Corporation and Hughes Network Systems, LLC (collectively, "the Parties") file this Joint Motion to Stay of All Deadlines, and respectfully show the Court as follows:

The Parties have reached a settlement in principle to resolve all claims and defenses in this case. Accordingly, the Parties request that the Court stay all deadlines in this case until January 28, 2019 so that the parties may work on the long-form settlement agreement and so that appropriate dismissal papers may be submitted.

A proposed order is attached herewith.

Respectfully submitted,

*/s/ Marc A. Fenster by permission Claire Henry*
Marc A. Fenster (CA SBN 181067)
Reza Mirzaie (CA SBN 246953)
Brian D. Ledahl (CA SBN 186579)
C. Jay Chung (CA SBN 252794)
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025

(310) 826-7474
mfenster@raklaw.com
rmirzaie@raklaw.com
bledahl@raklaw.com
jliao@raklaw.com
jchung@raklaw.com


T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
Andrea Fair
State Bar No. 24078488
E-mail: Andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Plaintiff*
*Realtime Data LLC d/b/a IXO*

*/s/ Ruffin B. Cordell with permission Claire Henry*
Ruffin B. Cordell
TX Bar No. 04820550
Cordell@fr.com
Timothy W. Riffe
DC Bar No. 482810
Riffe@fr.com
Adam R. Shartzer
DC Bar No. 994420
Shartzer@fr.com
J. Wesley Samples
OR Bar No. 121784
Samples@fr.com
FISH & RICHARDSON P.C.
901 15th St., N.W.,
7th floor
Washington, DC 20005
PH: 202-783-5070
FX: 202-783-2331

*Attorneys for EchoStar Corporation and Hughes Network Systems, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 27th day of December, 2018.

/s/ *Claire Henry*