**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **REALTIME DATA LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 6:15-cv-00466-JDL |
| | § | |
| **ECHOSTAR CORPORATION, HUGHES** | § | |
| **NETWORK SYSTEMS, LLC,** | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| **REALTIME DATA LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 6:17-cv-00084-JDL |
| | § | |
| **ECHOSTAR CORPORATION, HUGHES** | § | |
| **NETWORK SYSTEMS, LLC,** | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

The Court, having received the parties Joint Motion to Dismiss with Prejudice, and good cause appearing therefor, hereby ORDERS as follows:

(i) The above actions, including all claims and counterclaims that were or could have been brought in this action, shall be dismissed with prejudice, pursuant to the Settlement Agreement of February 9, 2019, whose terms shall remain confidential;

(ii) this Court shall retain continuing jurisdiction over the parties and the subject matter to enforce the Settlement Agreement; and

(iii)    each of the Parties shall bear its own costs, expenses and attorneys' fees in these actions.