**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **REALTIME DATA LLC** | **§** | |
| | **§** | |
| **v.** | **§** | **CASE NO. 6:17cv84-JDL** |
| | **§** | |
| **ECHOSTAR CORPORATION,** | **§** | |
| **HUGHES NETWORK SYSTEMS, LLC** | **§** | |

## FINAL JUDGMENT

Pursuant to the Joint Motion to Dismiss, the Court hereby enters Final Judgment. Plaintiff Realtime Data LLC filed suit against Defendant Echostar Corporation and Hughes Network Systems, LLC on February 14, 2017.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action, including all claims and counterclaims, is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 12th day of February, 2019.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE